IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMANDA MOORE,<br><br>  Plaintiff,<br><br>v.<br><br>PERFICIENT, INC.,<br><br>  Defendant. | Civil Action No.<br><br>1:20-cv-02124-SDG-CMS<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE**

Amanda A. Farahany, of Barrett & Farahany, hereby enters an appearance on behalf of Amanda Moore, the Plaintiff in the above-styled action, and request that copies of all communications, filings, and orders in this matter be directed to the undersigned.

Respectfully submitted this 20th day of January, 2022.

                                                    **BARRETT & FARAHANY**

                                                  s/ *Amanda A. Farahany*
                                                  Amanda A. Farahany
                                                  Georgia Bar No. 646135

                                                  *Attorney for Plaintiff*

1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309
(404) 214-0120
[amanda@justiceatwork.com](mailto:amanda@justiceatwork.com)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| AMANDA MOORE, | Civil Action No. |
|---|---|
| Plaintiff, | 1:20-cv-02124-SDG-CMS |
| v. | JURY TRIAL DEMANDED |
| PERFICIENT, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing *NOTICE OF APPEARANCE* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted this 20th day of January, 2022.

**BARRETT & FARAHANY**

s/ *Amanda A. Farahany*
Amanda A. Farahany
Georgia Bar No. 646135